**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   AMELIA MERCEDES PENZO                        Case No:  10-45329-RFN

                                                      Prehearing Date:  April 01, 2011

   **Debtor(s)**

---

**Notice of Pre-Hearing Conference and**
**Hearing on "Trustee's Recommendation Concerning Claims,**
**Objection to Claims, and Plan Modification (if required)"**

---

TO  ALL PARTIES IN INTEREST:

   A Pre-Hearing Conference with the Chapter 13 Trustee concerning the attached Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)("TRCC") will be held at **8:30 AM** on **April 01, 2011** at 6851 N.E. Loop 820, Suite 220, North Richland Hills, Texas  76180.

If any objections to the Pleadings are not resolved or defaulted at the Trustee's Pre-hearing Conference then this matter will be called at the docket call to be held at **8:30 AM** on **April 07, 2011** at 204 U.S. Courthouse, 10th and Lamar Streets, Fort Worth, TX., with the hearing on the matter immediately following the conclusion of the docket call.

Pursuant to General Order 2010-01 Section 8(c), unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC and such treatment will be final and binding on all parties, unless Section 502j of the Bankruptcy Code applies.

   TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES WITHIN THIRTY (30)  DAYS FROM THE DATE OF SERVICE HEREOF.

DEBTOR(S):    AMELIA MERCEDES PENZO,  1301 Montclair St,  Arlington,  TX  76015
ATTORNEY:     ALLMAND AND LEE PLLC,  8701 BEDFORD EULESS RD STE 510,  HURST,  TX  76053
COURT:        Clerk's Office, US Bankruptcy Court, 128 U.S. Courthouse, 10th and Lamar Streets, Ft. Worth, TX 76102
TRUSTEE:      TRUSTEE'S OFFICE,  6851 N.E. Loop 820, Suite 300, North Richland Hills, TX  76180-6608

                                                            /s/ Tim Truman
                                                            _____
                                                            Tim Truman, Trustee/State Bar # 20258000

CASE NO: 10-45329-RFN
AMELIA MERCEDES PENZO
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the "Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and that a copy of the attached "Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)" was served on the following parties at the address listed below by the United States First Class Mail or via electronic mail.

/s/ Tim Truman

DEBTOR(S):    AMELIA MERCEDES PENZO, 1301 Montclair St, Arlington, TX 76015
ATTORNEY:    ALLMAND AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX 76053

CREDITORS:

ALLMAND AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX 76053-0000

BENEFICIAL, PO BOX 1411, FORT MILL, SC 29715

CHASE HOME FINANCE, 3415 VISION DR, COLUMBUS, OH 43219-0000

CITIFINANCIAL, 300 ST PAUL PL, BALTIMORE, MD 21202

DEUTSCHE BANK NATIONAL TRUST CO, BAC HOME LOANS SERVICING LP, 7105 CORPORATE DR MS TX2-982-03-03, PLANO, TX 75024-0000

DISCOVER BANK, DFS SERVICES LLC, PO BOX 3025, NEW ALBANY, OH 43054

FIRST CHOICE POWER SPECIAL PURPOSE, MS TX 1650, 225 E JOHN CARPENTER FRWY STE 1500, IRVING, TX 75062

HOMEQ SERVICING CORP, 701 CORPORATE CENTER DR, MAILCODE NC4743, RALIEGH, NC 27607-0000

HSBC, PO BOX 5213, CAROL STREAM, IL 60197-0000

HSBC BANK NEVADA NA, C/O PRA RECEIVABLES MGMT, PO BOX 12907, NORFOLK, VA 23541-0000

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101

OCWEN LOAN SERVICING LLC, ATTN CASHIERING DEPT, PO BOX 24781, WEST PALM BEACH, FL 33416

PRA RECEIVABLES MANAGEMENT LLC, AGENT OF PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541-0000

PROCOLLECT, 12170 ABRAMS RD STE 100, DALLAS, TX 75243

TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196

Date:  February 24, 2011                                By:  /s/ Tim Truman

Case 10-45329-rfn13 Doc 19 Filed 02/24/11 Entered 02/24/11 16:09:13 Page 3 of 4

CASE NO: 10-45329-RFN
AMELIA MERCEDES PENZO
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   AMELIA MERCEDES PENZO                                          Case No:  10-45329-RFN

**Debtor(s)**

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

The Trustee hereby objects to and/or recommends allowance or disallowance of the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION - NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a).  The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED, and not be paid by the Trustee:

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 3 | CITIFINANCIAL | SECURED | $46,653.00 |
| 7 | BENEFICIAL | UNSECURED | $8,996.16 |
| 9 | CREDIT SYSTEMS INTERNATIONAL/COLLECTION | UNSECURED | $366.00 |
| 10 | CREDIT SYSTEMS INTERNATIONAL/COLLECTION | UNSECURED | $168.00 |
| 12 | HOMEQ SERVICING CORP | UNSECURED | $0.00 |
| 14 | HSBC | UNSECURED | $293.00 |
| 16 | PROCOLLECT | UNSECURED | $311.00 |

**II.**

**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims for the reason(s) indicated in Column 6.  The claims should be ALLOWED/DISALLOWED as indicated in Column 3 for the amount and class indicated in Columns 4 and 5 respectfully:

*** NONE ****

**III.**

**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount(s) and in the class(es) as listed below: (NOTE:  Value, treatment and interest rate were determined at confirmation.  "Value" and "Treatment" are shown below for information only.)

| T'EE # | SECURED CREDITORS | COLLATERAL | CLAIM | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST | 2ND LIEN 1301 MONTCLAIR ST | $9,302.40 | $89,000.00 | | DIRECT-DR |
| 2 | CHASE HOME FINANCE | 6415 BROWNLEE LN | $4,391.35 | $107,200.00 | | DIRECT-DR |
| 4 | OCWEN LOAN SERVICING LLC | 1ST LIEN HOME ARRS | $9,341.92 | $89,000.00 | 0.00% | PRO RATA-TR |
| 5 | OCWEN LOAN SERVICING LLC | 1ST LIEN HOMESTEAD | $54,116.89 | $89,000.00 | | DIRECT-DR |
| 17 | TARRANT COUNTY TAX COLLECTO | 220/HOMESTEAD/10 | $2,496.04 | $0.00 | 0.00% | NO PROVISION |
| 19 | TARRANT COUNTY TAX COLLECTO | 220/2309 CATALO LANE/10 | $2,103.39 | $0.00 | 0.00% | NO PROVISION |

CASE NO. 10-45329-RFN

AMELIA MERCEDES PENZO

Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

| (cont'd.) | | | | INTEREST | | |
|---|---|---|---|---|---|---|
| **T'EE #** | **SECURED CREDITORS** | **COLLATERAL** | **CLAIM** | **VALUE** | **RATE** | **TREATMENT** |
| 20 | TARRANT COUNTY TAX COLLECTO | 220/6415 BROWNLEE/10 | $2,664.30 | $0.00 | 0.00% | NO PROVISION |
| 21 | DEUTSCHE BANK NATIONAL TRUST | 2ND LN/HOME/ARRS | $314.06 | $0.00 | 0.00% | NO PROVISION |

| **T'EE #** | **PRIORITY** | **CLAIM** | **TREATMENT** |
|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE | $4,193.48 | PRO RATA-TR |

| **T'EE #** | **UNSECURED** | **CLAIM** | **COMMENT** |
|---|---|---|---|
| 8 | FIRST CHOICE POWER SPECIAL PUR | $1,084.08 | |
| 11 | DISCOVER BANK | $1,332.20 | |
| 13 | HSBC BANK NEVADA NA | $336.44 | |
| 15 | PRA RECEIVABLES MANAGEMENT L | $8,996.16 | BENEFICIAL |
| 18 | INTERNAL REVENUE SERVICE | $1,810.93 | PENALTY |

**IF THE TRUSTEE'S RECOMMENDATION CONCERNING ANY CLAIM DIFFERS FROM THE AMOUNT INDICATED IN A CREDITOR'S PROOF OF CLAIM, THE RECOMMENDATION IS DEEMED AN OBJECTION TO SUCH CLAIM. UNLESS A TIMELY RESPONSE OR OBJECTION IS FILED CONTESTING THE TRUSTEE'S RECOMMENDATION, THE OBJECTION WILL BE SUSTAINED AND SUCH CLAIM WILL BE ALLOWED ONLY IN THE AMOUNT AND IN THE CLASS INDICATED.**

## IV.

## PLAN MODIFICATION

## V.

## PLAN IS / IS NOT SUFFICIENT

**Plan is Sufficient**, Debtor Modification is not needed to cure any insufficiency at this time.

Respectfully submitted,
Office of the Chapter 13 Trustee, Fort Worth
/s/ Tim Truman

Tim Truman, Trustee
State Bar # 20258000

Dated: February 24, 2011