To: Elizabeth Ziegler c/o Office of US Trustee Ch #D

From: Amelia Perizo / Chapter 13 Bankruptcy #10-45329

Received JUN 17 2013 U.S. Trustees Office

Re: Response to your letter dated June 14, 2013

FILED JUN 25 2013 TAWANA C. MARSHALL, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS

Pages: 26

Date: 6-17-2013

May 3, 2013 I received documentations from the US Trustee Office represented by you. Attached copies of the documentations. Also June 15, 2013 I received documentations dated June 14, 2013 documentations attached) from the Trustee Office. Both documentations refer to two different complaints filed by me. The first one was voided. As stated on another letter; I acknowledge having made a mistake; I did go to the creditors meeting 341. The second one, refers to the fact my opinion) that I did not take the financial management course held on October 19, 2010. As you can see, you sent me the same copy of the Debtor Sign in Docket for 10/19/2010 for both meetings. The 341 meeting of creditors held the same day and the Financial Management certificate are showing the same sign the sheet as proof of my presence. I was suppose to

1 -

sign in twice. How can the Trustee [illegible] Trustee proof that I was present to the Financial Management Course if I did not sign in for the course at the time it was offered?

Also Ms Ziegler, on my letter to you dated 5/6/2013 I requested an investigation from your office in reference to a course I was supposed to take over the internet. I did not take the above stated course. Since you were not able to investigate both issues stated above, I am going to move my request to higher grounds. Thanks,

Amelia [signature]

Chapter 13 Case # 10-45329
ameliapenz0@hotmail.com
(469) 443-2583.

Certificate Number: 03088-TXN-CC-011832937




# CERTIFICATE OF COUNSELING

I CERTIFY that on July 31, 2010, at 12:42 o'clock AM CDT, Amelia M Penzo received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: July 31, 2010

By: /s/Crystal Towner

Name: Crystal Towner

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00281-TXN-DE-012715530

Bankruptcy Case Number: 10-45329

00281-TXN-DE-012715530

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2010, at 12:00 o'clock PM CDT, Amelia Penzo completed a course on personal financial management given in person by Tim Truman, Standing Chapter 13 Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: October 19, 2010

By: /s/Evelyn Daley

Name: Evelyn Daley

Title: Executive Secretary to the Trustee

To: Elizabeth Ziegler / Office of the United States Trustee
From: Amelia M. Penzo / Bankruptcy Chapter 13 Case # 10-45329
Re: Ocwen attempt to foreclose on my homestead 1301 Montclair St falsely claiming a default of my loan # 7072736629
Date: 6-14-2013
Pages: 74

Received by
JUN 14 2013
U.S. Trustees Office

Ocwen is trying to foreclose July 2, 2013 by claiming my house claiming non payments and adding fraudulant charges to my loan.

Enclosed documents to proof the above statement:

1) March 14, 2013 sent me the attach payment history. Ocwen is applying payments I did after filing for bankruptcy August 2010 toward 2007, 2008, 2009 payments supposedly due to them.

2) See last account statement dated 5/17/2013 with questionable legal fees as well as escrow fees over and beyond the amount needed.

Also, on the same statement dated 5/17/13 Ocwen is charging $175.00 NSF funds fee. I only had one returned check which was replaced by a cashier's check (see letter). Ocwen needs to turn in copies of NSF checks, if any. I reviewed my bank statements. It does not show any more NSF transactions.

2.) See Post Payment Tracking and payment acknowledge "to have received" by Ocwen I wrote to RESPA complaining about Ocwen's business behavior. RESPA ask them to send me an email acknowledging payment receive Enclosed copies of most of them. Also see First Notice of Default from the Law Firm Mackie Wolf Zientz & Mann versus applied payments sent by Ocwen March 14, 2013

3) See last account statement dated 5/17/2013 Ocwen is applying money to pay toward the principal without my written request.

4) Since 2010 Ocwen has been charging me for insurance. See escrow advance balance on account statement dated 5/17/13 of 3148.04). Since the loan origination I have been paying for insurance outside of the loan (2004). See copies of the Declaration pages attached from 2009 till now

5) See my two Motion to Reconsider filed at the bankruptcy court

6) See Annual Escrow Account Disclosure Statement / Bankruptcy Account History dated March 18, 2013. Ocwen projected payments to escrow of $286.94 which is over the tax amount I pay yearly

7) Also Ocwen has not responded in full my "qualified written request" for disclosure, letter enclosed.

For more informations, please request copy of my bankruptcy docs.

I am asking the US Bankruptcy ~~Court~~ Trustee to stop the acceleration and foreclosure of my homestead till your office investigate the above matters. It is my opinion that Ocwen has broken many of the bankruptcy laws stipulated above. Thanks

Amelia [illegible]

ameliaoenzo@hotmail.com (469) 443-2883

Baxter & Reyes
5950 Berkshire Lane, Suite 410
Dallas, Texas 75225

Christopher K. Baxter
Chance Oliver

Telephone (214) 526-7900
Facsimile (214) 526-7910

# Notice of Acceleration of Maturity

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

June 5, 2013

AMELIA PENZO
1301 MONTCLAIR STREET
ARLINGTON, TX 76015

| RE: | Our File Number: | 220.019676 |
|---|---|---|
| | Loan No.: | 707273629 |
| | Property Address: | 1301 MONTCLAIR STREET<br>ARLINGTON, TX 76015 |

Dear Mortgagor(s):

You have previously been advised by letter of certain defaults under the Note and Deed of Trust and informed of the intent to accelerate the maturity date of the Note if defaults therein were not cured within the specified time period. Because of your defaults in complying with the terms and provisions of the Note and Deed of Trust, notice is hereby given that the present legal holder of the Note **HAS ACCELERATED THE MATURITY DATE OF THE NOTE**. As a result of such acceleration, the entire unpaid principal balance of the Note, all accrued interest, and all other sums lawfully owing on the Note or under the Deed of Trust are now due and payable and demand is hereby made for the immediate payment in full of all such sums.

You are further notified that, in accordance with the terms of the Note and Deed of Trust, and subject to the provision, if any, in the Note or Deed of Trust regarding your opportunity to reinstate, if full payment of the outstanding principal balance of the Note, together with all interest accrued thereon, and all other lawful charges and attorney's fees incurred to date are not received by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4, 1661 WORTHINGTON RD STE 100 , WEST PALM BEACH, FL 33409, c/o OCWEN LOAN SERVICING LLC the mortgagee will seek a court order allowing the mortgagee to foreclose the lien you granted on your homestead under the loan documents in accordance with Deed of Trust. The exact amount necessary for you to pay in order to cure the existing defaults and prevent this foreclosure sale may be determined by contacting our office.

Please be advised that if any obligor has been discharged in a case filed under the provisions of Title 11, United States Code, Section 101, et seq., then no personal obligation will result from this foreclosure action against any such individual. This foreclosure action shall be directed only against the real property to satisfy the lien secured by the Deed of Trust.



Memo

RECEIVED
MAY 06 2013
BY

To: Patty Purcell / Office Manager Chapter 13 Trustee Office / Tim Truman
Elizabeth Ziegler / US Trustee Court

From: Amelia M. Penzo / Chapter 13 Bankruptcy Court / Debtor Case # 10-45329

Re: Requesting to see the original sign in sheet for the Debtor Education class that took place Oct 19, 2010

Date: 5-6-2013

I came today 5/6/2013 to the Trustee Office / Tim Truman wanting to see the signing in sheet (original signatures). Patty Purcell / Office Manager came over to the receptionist area. She stated that there was only one sign in sheet for both; the Debtor's Orientation class and the 341 Creditor's meeting. After she went back to her office I asked the receptionist, Ms. Lindsay, the check in time for the Debtor's Orientation Class, she told me that usually takes place is at 8:30 AM. The check in time for the Creditor's Meeting is at 2:00 pm in the afternoon of the same day. I do not recall having taked the 8:30 AM Debtor's Orientation class. They I came to see the originals signatures. According to the receptionist Ms. Lindsay I was supposed to sign in for each meeting.

Amelia Penzo
amelia.penzo@hotmail.com

Memo

To: Elizabeth Ziegler / US Trustees Court Office

From: Amelia M. Penzo / Chapter 13 Bankruptcy Court / Debtor Case # 10-45329

Re: Inquiry about internet course

Date: 5-6-2013

Received MAY - 6 2013 Trustee

Ms. Ziegler, please ask the pertinent company to turn in all the documentations they might have to proof my participation in the internet class Lee Law Firm said I took.

Also, I passed by your office and turned in documentations related to a course I was supposed to have taken (Debtor's Orientation Class ~~at~~ @ 8:30, Oct 19, 2010) at Tim Truman's Trustee Office. Thanks

Amelia Penzo

ameliapenzo@hotmail.com
(469) 443-2583

P.S. Again my apologies to you for my confusion related to the 341 meeting... I AD

To: Joan Mathes / Customer Service Representative Chapter 13 trustee Office / Tim Truman
Elizabeth Ziegler / US Trustee Court
Evelyn Daley / Chapter 13 Secretary of the Trustee / Tim Truman's Office!

From: Annelia M. Renzo / Chapter 13 Bankruptcy Court / debtor Case # 10-45329

Re: Requesting to see the original sign in sheet for the Certificate of Debtor Education that took place Oct 19, 2010 by the Executive Secretary to the trustee, Evelyn Daley.

Date: 5-3-2013

Today 5/3/2013 I came to the office of Chapter 13 Trustee / Tim Truman. I would like to see the original signing in sheet. Evelyn is the only one, who can show me the original, so I am coming back tomorrow. Evelyn is not in the office

Thanks,

Annelia Renzo

PS. Joan Mathis refused to sign received on this letter

RECEIVED MAY 03 2013 By_______

→ After refusing to stamp it, she finally came out of the receptionist area and on me was out and stamped it

Recently Accessed Cases 10-45329-RFN AMELIA MERCEDES PENZO

5329-RFN AMELIA MERCEDES PENZO (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) $568.00 MO Bar Date: 12/1/2010 (has passed) 3/14/2011 (has passed)

Confirmed: 11/1/2010 Bar Check is YES

Tickle Me Attorney: PRO SE

Case Status: ACTIVE (11/1/2015)

IA MERCEDES PENZO paying $568.00 MONTHLY

Adequate Protection:

Receipts | Receipts/Debtor Refunds | Disbursements | Adjustments | Trustee Disbursements

Start | End | Last | Post Code: All Post Codes | Claim ID: All IDs | Payee Name: All Names

Check Status: Cleared | Stale Dated | Stop Payment | Voided | Outstanding

| Date | Payee Batch | Payee Reserve Name | Check Source | Description | Receipts | Excluded | Total |
|---|---|---|---|---|---|---|---|
| 4/26/2013 | 59429 | | 14704095147 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 3/6/2013 | 58353 | | 050000892238 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 2/8/2013 | 57815 | | 050000888998 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 1/10/2013 | 57191 | | 13543452 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 12/7/2012 | 56512 | | 13386781 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 11/5/2012 | 55889 | | 20200995180 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 10/4/2012 | 55280 | | 14550676773 | MONEY ORDER/PYMT TO DBTR ACCT | $500.00 | | |
| 10/4/2012 | 55280 | | 14550676774 | MONEY ORDER/PYMT TO DBTR ACCT | $68.00 | | |
| 9/13/2012 | 54844 | | 14574299638 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 8/9/2012 | 54108 | | 14540905015 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 7/5/2012 | 53371 | | 864366 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 5/30/2012 | 52623 | | 020000235466 | CASHIER'S CK/PYMT TO DBTR ACCT | $568.00 | | |
| 4/24/2012 | 51829 | | 19522292940 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 3/15/2012 | 50969 | | 851742 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 3/15/2012 | 50969 | | 851741 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 2/13/2012 | 50297 | | 847991 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 1/5/2012 | 49601 | | 843489 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 12/5/2011 | 49010 | | 839684 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 11/3/2011 | 48462 | | 836462 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 10/6/2011 | 47956 | | 833664 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 8/29/2011 | 47221 | | 19186911617 | MONEY ORDER/PYMT TO DBTR ACCT | $50.00 | | |
| 8/29/2011 | 47226 | | 829138 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 8/29/2011 | 47226 | | 829139 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 7/6/2011 | 46374 | | 823892 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 6/6/2011 | 45972 | | 820749 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 4/14/2011 | 45226 | | 815217 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 4/5/2011 | 45063 | | 814057 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 2/22/2011 | 44462 | | 808966 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 1/12/2011 | 43950 | | 805468 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 12/14/2010 | 43575 | | 802285 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 11/19/2010 | 43232 | | 799549 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| 10/18/2010 | 42736 | | 20222871039 | MONEY ORDER/PYMT TO DBTR ACCT | $518.00 | | |
| 9/9/2010 | 42156 | | 792201 | MONEY ORDER/PYMT TO DBTR ACCT | $568.00 | | |
| | | | | **Totals:** | **$17,608.00** | **$0.00** | **$17,608.00** |

Ziegler

Patty Purcell

4-25-2013 Certified Mail #

Ocwen Loan Service
PO Box 6440
Carol Stream, IL 601976440

7011 3500 0003 3074 3784

REF: Account # 0707273629

Dear Sir:

This letter is a "qualified written request" in compliance with and under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e) and Regulation X at 24 C.F.R. 3500, and The Gramm Leach Bliley Act. I am writing to formally dispute the debt. Please provide clarification of various sale, transfer, funding source, legal and beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, analyses and records as listed below related to the servicing of this account from its origination to the present date.

This is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 § 2605 (e)(1)(B) (e) and Reg. X § 3500.21(f)2 of the United States Code as well as a request under Truth In Lending Act [TILA] 15 U.S.C. § 1601, et seq. RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within sixty [60] days of its receipt. In order to conduct the examination and audit of this loan, I need to have full and immediate disclosure including copies of all pertinent information regarding this loan. The documents requested and answers to my questions are needed for compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Act, HOEPA and other laws.

Please provide copies of the following:

1. Escrow analysis back to origination of the loan
2. Loan history back to origination of the loan.
3. Complete and full accounting back to origination of the loan.
4. Itemized History of all fees and charges back to origination of the loan.
5. Copies of all loan insurance documents.
6. Copies of recorded loan documents and recorded chain of assignments.
7. Copies of all notations from your computer servicing system.

I request that all late charges assessed be waived from my mortgage. I also request that unnecessary force placed insurance and property taxes that were overpaid be reversed and my escrow account be re-analyzed. Please comply within the time frame guidelines for RESPA. Correspond in writing only please. CEASE AND DESIST ALL COLLECTION ACTIVITY.

Sincerely,

[signature]

PO Box 153032
Arlington TX 76015
phone: (469) 443-2583

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ocwen Loan Servic
P.O. Box 6440
Carol Stream-IL
60197-6440

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Address

B. Received by (Printed Name)

C. Date of Deliv

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CAROL STREAM ... USPS
04/27/1

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchand
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7011 3500 0003 3074 3784

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1

# Angel Reyes & Associates, P.C.

5950 Berkshire Lane, Suite 410
Dallas, Texas 75225

Angel L. Reyes. III
Chance Oliver

Telephone (214) 526-7900
Facsimile (214) 526-7910


April 10, 2013

AMELIA PENZO
PO BOX 153032
ARLINGTON, TX 76015

RE: Our File Number: 220.019676
Loan No.: 707273629
Property Address: 1301 MONTCLAIR STREET
ARLINGTON, TX 76015

Dear Consumer/Debtor:

Your loan has been referred to our office to take the necessary action to collect or foreclose pursuant to the provisions of the Deed of Trust/Security Instrument securing the real property that is subject to the lien set out therein. Any information obtained will be used for that purpose. As the attorney, I am required to give you notice of the following facts.

1. Your loan is contractually due for the 8/1/2012 monthly installment.

2. The current unpaid principal balance is $43,577.54. THIS AMOUNT IS NOT THE PAYOFF ON THIS LOAN.

3. The name of the current creditor is: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4 c/o its servicer OCWEN LOAN SERVICING LLC, 1661 WORTHINGTON RD STE 100 , WEST PALM BEACH, FL 33409.

4. The consumer/debtor has 30 days after the receipt of this notice, the right to dispute the validity of the debt or any portion thereof. If the debt is not disputed, it will be assumed to be valid by this office.

5. If the consumer/debtor notifies the debt collector/attorney in writing within the 30-day period that the debt or any portion thereof is disputed, the debt collector/attorney will obtain a verification of the debt/note and same will be mailed to the consumer/debtor by the debt collector/attorney.

6. Upon the consumer/debtor's written request within the 30-day period, the debt





*OCWEN Loan Servicing, LLC*
*PO Box 24726*
*West Palm Beach, FL 33416-4726*

Website: WWW.OCWEN.COM

March 27, 2013

Amelia Penzo
PO Box 153032
Arlington, TX 76015

Re: INSUFFICIENT TO CURE DEFAULT
Loan Number: 707273629

Dear Mortgagor(s):

Ocwen recently received funds for your loan in the amount of $ 1,000.00. These funds are being returned in the same form (check, Western Union, MoneyGram, etc.) in which they were received.

These funds are being returned, as they are not sufficient to satisfy the defaulted amount of your loan and no alternative payment arrangements have been agreed to. As indicated in the Notice of Default that was previously sent to you, payments that are less than the amount required to reinstate the mortgage loan will be returned and **will not stop any foreclosure proceedings that have begun.**

To cure the default you must pay the full amount due. To determine the amount due or to discuss other possible alternatives that may be available to avoid a foreclosure sale, you should **contact your Home Retention Consultant immediately at (877)596-8580**.

Sincerely,

Ocwen Loan Servicing, LLC

**This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt.**

**NMLS#1852**

NOTICE TO CASHIER: BE SURE WATERMARK IS ON CHECK BEFORE CASHING




1617 W. 7TH STREET FORT WORTH, TEXAS 76102 817-882-0800




02-0000247619

CASHIER'S CHECK

DATE 03/08/13

$1,000.00

PAY: ***ONE THOUSAND DOLLARS AND 00 CENTS***

PAY TO THE ORDER OF
OCWEN LOAN SERVICING
RE: AMELIA M PENZO
ACC # 0707273629
JAN/FEB 2013 PAYMENT

EXPRESS

2ND SIGNATURE REQUIRED FOR AMOUNTS OVER $10,000.00

⑈0000247619⑈ ⑆311981614⑆ 0601200 2⑈

MAR 1 2 2013

returned by Ocwen with letter dated March 27 2013

AP

TIM TRUMAN
STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
N. RICHLAND HILLS, TEXAS 76180-6608
(817) 770-8500 / Fax (817) 770-8512

March 21, 2013

Ms. Amelia Mercedes Penzo
P. O. Box 153032
Arlington, TX 76015

Re: Chapter 13 Bankruptcy Case #10-45329

Dear Ms. Penzo:

In response to your handwritten request to the United States Trustee dated March 14, 2013, I enclose the following:

1. Copy of the "Report of (Adjourned) Section 341 Meeting and Trustee's Recommendation Concerning Confirmation" dated September 28, 2010, where in item #1 it indicates that you did not appear. Item #4 of the report indicates that the meeting was adjourned to October 19, 2010, and that the reason for adjournment was your failure to appear. The report indicates that your attorney "Heena" appeared, and apparently she represented to Lisa Roberts, the Presiding Officer, that the reason for your failure to appear was that "debtor had surgery today."

2. Copy of "Report of (Adjourned) Section 341 Meeting and Trustee's Recommendation Concerning Confirmation" dated October 19, 2010, which at item #1 indicates you did appear, that your I.D. was checked, and that that your Social Security number was verified. The report also indicates that your attorney Don Bryants appeared with you, and that the meeting was concluded.

3. An audio CD which contains an audio transcript of what transpired at each of the two meetings.

4. A copy of the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines" (341 Notice) dated August 18, 2010, which indicates that the time and date of your scheduled "Meeting of Creditors" was September 28, 2010, at 2:00 o'clock p.m.

5. A copy of the "Certificate of Notice" dated August 20, 2010, (issued by the Bankruptcy Noticing Center) which indicates that Amelia Mercedes Penzo was served with a copy of the 341 Notice by First Class Mail on August 20, 2010, at 1301 Montclair Street, Arlington, TX 76014-1420.

6. A copy of the "Debtor Sign In Docket For 10/19/2010" which purports to have your signature as signed in and signed out of the Personal Financial Management Class on October 19, 2010. Our practice is to view a photo I.D. for sign in and sign out.

7. A copy of the "Debtor Questionnaire" dated 10/19/2010 which contains what purports to be your signature on page 2.

8. A Certificate of Debtor Education dated October 19, 2010, certifying that Amelia Penzo completed a course on Personal Financial Management on October 19, 2010.

Please let me know in writing to the above address if there is any further information or documentation you would like for me to provide.

Very truly yours,

Tim Truman
Standing Chapter 13 Trustee
Northern District of Texas

TT/ed

Enclosures:
Report of (Adjourned) Section 341 Meeting and Trustee's Recommendation Concerning Confirmation Dated September 28, 2010
Report of (Adjourned) Section 341 Meeting and Trustee's Recommendation Concerning Confirmation Dated October 19, 2010
Audio CD
Certificate of Notice Dated August 18, 2010
Debtor Sign In Docket For 10/19/2010
Debtor Questionnaire Dated 10/19/2010
Certificate of Debtor Education Dated 10/19/2010

cc: Elizabeth A. Ziegler
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:
AMELIA MERCEDES PENZO

Case No. 10-45329-RFN

DEBTOR(S),

REPORT OF (ADJOURNED) SECTION 341 MEETING
AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:** Meeting Date: September 28, 2010 Time: 2:00 pm
Original Date: September 28, 2010

1. Debtor(s) Appeared? DR1 ___Yes ✓No DR2 ___Yes ___No ID Checked ___ DR1 ___ DR2
2. Debtor(s) attorney/paralegal appeared? ✓ Yes ___No ___Pro-se SS Checked ___ DR1 ___ DR2
   Name of attorney/paralegal: Heena ____ Interpreter Needed ______ (language)
3. Creditors Appeared: Name: Representing:
4. 341 Meeting: ___Concluded ___Not Held ✓ Adjourned Adj Date: 10-19-10
   ______ To Hear; Reason for adj.: NO SHOW
   Debtor(s) to appear? DR1 ___Yes ___No DR2 ___Yes ___No
5. Need NOI for: ___Failure to Appear (DR1) / (DR2) ___Pay stubs(DR1) / (DR2) ______
   ___Wage Directive Information ___Tax Returns: ______
   ___Other: debtor had surgery today
6. Payment Information:
   Current monthly payment per Plan: $568.00 First Payment due: 9/15/2010
   $ rec'd as of 9/23/2010 $568.00 Length of Plan: 60 months
   Base Amount per Plan: $34,080.00

**Confirmation Issues:** REFER TO LEGAL: ___Yes ___No See Item(s): ______ NO PLAN __

____ Previous objection to confirmation: ______

Confirmation Pre-Hearing Conference Date: 10/29/2010 Obj. to Conf. due date: 10/22/2010

Please indicate if Plan meets confirmation test by Y/N (YES/NO) or UD (unable to determine):

____ 7. Disposable Income: $ ______ x ACP: ______ = Unsecured Pool per Trustee: $______

____ 8. Base Amount Includes Unsecured Pool. UCP per Plan: $0.00

____ 9. Debtor is Eligible (Unsecured & Priority under $360,475.00; Secured under $1,081,400.00)

____ 10. Best Interest: Exemptions: _____ Federal: _____ Texas State: _____ Other State: ______
Exemptions Proper: ___Yes ___No If no, explain: ______
Non-exempt Property: ______
Value (equity) in non-exempt prop. $ ______ Non-Exempt Prop. per Plan: $130,583.00

____ 11. Feasibility: Surplus per I & J: $571.71 Plan Payments: $ ______
___Step ___Balloon ___Unemployed ___Negative Surplus ___Other: ______

____ 12. Good Faith Petition and Plan:
a. Plan Payment at least 90 % I minus J $ ______
b. Plan contains non-standard language: NO
c. other: ______

**Debtor(s): AMELIA MERCEDES PENZO**
**Case No. 10-45329-RFN**

___ 13. Domestic Support Obligation: Debtor testified and/or answered debtor questionnaire that all post petition DSO paid? If no, does Attorney General have objection? ___Yes ___No ___UD

___ 14. Debtor testified and/or answered debtor questionnaire that previous 4 years tax returns have been filed with the IRS. If no, year(s) not filed ______________________.

15. Business Case: ____ If Yes. Level: ___ (If level 2, refer to Legal)
___ Employees ___ Liquor License ___ Over $10,000 per/mo. gross
___ Incurs trade debt ___ Other: ______________________

16. Tax Returns: ______ Year Tax Return Reviewed
Number of Dependents on last year: ____ Notes: ______________________
Number in Household per B22C: ____ Notes: ______________________

Gross 1040 (1.7) $ ____________
Gross 1040 (C-1) $ ____________
Gross Total: $ ____________
Gross per Schedule "I": $4,180.77 Gross Total /12 = $ ____________

(If #7-14 is "No" or "UD" or if a level 2 business case, refer to Legal for further action.)

17. Presiding Officer Notes:

By: Lisa Roberts

Lisa Roberts
Presiding Officer

Legal Notes:

18. Action:
✓ None ___ Objection to be Filed: ______________________

___ Resolved by Stipulation: ______________________

___ Other: ______________________

By: ______________________
Attorney for Trustee / Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:
AMELIA MERCEDES PENZO

Case No. 10-45329-RFN

DEBTOR(S),

REPORT OF (ADJOURNED) SECTION 341 MEETING
AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:** Meeting Date: October 19, 2010 Time: 2:00 pm
Original Date: September 28, 2010

1. Debtor(s) Appeared? DR1 ✓ Yes ___No DR2 ___Yes ___No ID Checked ✓ DR1 ___ DR2
2. Debtor(s) attorney/paralegal appeared? ✓ Yes ___No ___Pro-se SS Checked ✓ DR1 ___ DR2
   Name of attorney/paralegal: Don Bryanto ___ Interpreter Needed ________ (language)
3. Creditors Appeared: Name: None Representing:
4. **341 Meeting:** ✓ **Concluded** ___**Not Held** ___**Adjourned** **Adj Date:** ________
   ________ To Hear; Reason for adj.: ________
   Debtor(s) to appear? DR1 ___Yes ___No DR2 ___Yes ___No
5. Need NOI for: ___Failure to Appear (DR1) / (DR2) ___Pay stubs(DR1) / (DR2) ________
   ___Wage Directive Information ___Tax Returns: ________
   ___Other: ________
6. Payment Information:
   Current monthly payment per Plan: $568.00 First Payment due: 9/15/2010
   $ rec'd as of 10/19/2010 $1,086.00 Length of Plan: 60 months
   Base Amount per Plan: $34,080.00 ✓

**Confirmation Issues:** **REFER TO LEGAL:** ___Yes ✓ No **See Item(s):** ________ **NO PLAN** ___

____ Previous objection to confirmation: ________

Confirmation Pre-Hearing Conference Date: 10/29/2010 Obj. to Conf. due date: 10/22/2010

Please indicate if Plan meets confirmation test by Y/N (YES/NO) or UD (unable to determine):

Y 7. Disposable Income: $ 0 x ACP: 36 = Unsecured Pool per Trustee: $ 0

Y 8. Base Amount Includes Unsecured Pool. UCP per Plan: $0.00

Y 9. Debtor is Eligible (Unsecured & Priority under $360,475.00; Secured under $1,081,400.00)

Y 10. Best Interest: Exemptions: _____ Federal: ✓ Texas State: _____ Other State: ________
   Exemptions Proper: ✓ Yes ___No If no, explain: ________
   Non-exempt Property: Real estate, Bk acct; Lawn mower
   Value (equity) in non-exempt prop. $ 130,583 Non-Exempt Prop. per Plan: $130,583.00

Y 11. Feasibility: Surplus per I & J: $571.71 Plan Payments: $ 568./60
   ___Step ___Balloon ___Unemployed ___Negative Surplus ___Other: ________

Y 12. Good Faith Petition and Plan:
   a. Plan Payment at least 90 % I minus J $ ________
   b. Plan contains non-standard language: NO
   c. other: ________

Y 13. Domestic Support Obligation: Debtor testified and/or answered debtor questionnaire that all post petition DSO paid? If no, does Attorney General have objection? ___Yes ___No ___UD

Y 14. Debtor testified and/or answered debtor questionnaire that previous 4 years tax returns have been filed with the IRS. If no, year(s) not filed ______________________.

15. Business Case: Y If Yes, Level: 2 (If level 2, refer to Legal)
N Employees N Liquor License N Over $10,000 per/mo. gross
N Incurs trade debt N Other: ______

16. Tax Returns: 2009 Year Tax Return Reviewed
Number of Dependents on last year: ____ Notes: ______
Number in Household per B22C: 1 Notes: ______

Gross 1040 (1.7) $ 5637
Gross 1040 (C-1) $ ______
Gross Total: $ 7059.
Gross per Schedule "I": $4,180.77 Gross Total /12 = $ 588.

(If #7-14 is "No" or "UD" or if a level 2 business case, refer to Legal for further action.)

17. Presiding Officer Notes:
Tax Return

By: [signature]
Patty Purcell
Presiding Officer

Legal Notes:

18. Action:

✓ None ____ Objection to be Filed: ______

____ Resolved by Stipulation: ______

____ Other: ______

By: [signature]
Attorney for Trustee / Trustee

B9I (Official Form 9I) (Chapter 13 Case) (12/07) Case Number 10-45329-rfn13

UNITED STATES BANKRUPTCY COURT Northern District of Texas

# Notice of
# Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 8/16/10. Chapter 13 cases filed in the Northern District of Texas are governed by General Order 2006-08. A copy of which can be found on the court's website at http://www.txnb.uscourts.gov/

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Amelia Mercedes Penzo
1301 Montclair Street
Arlington, TX 76015

| Case Number: 10-45329-rfn13 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: xxx-xx-1344 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Jesse Schodrof Garcia<br>Allmand & Lee<br>8701 Bedford Euless Rd., Ste. 510<br>Hurst, TX 76053<br>Telephone number: (817) 265-0123 | Bankruptcy Trustee (name and address):<br>Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>Fort Worth, TX 76180<br>Telephone number: 817-770-8500 |

## Meeting of Creditors

Date: **September 28, 2010** Time: **02:00 PM**

Location: **6851 NE Loop 820, Suite 220, Frost Bank Bldg.– North side of Loop 820, N. Richland Hills, TX 76180-6608**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **12/27/10**

For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **One hundred eighty (180) days after date relief ordered.**

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan

The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>501 W. Tenth Street<br>Fort Worth, TX 76102<br>Telephone number: 817-333-6000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 8/18/10 |

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: skerr Page 1 of 1 Date Rcvd: Aug 18, 2010
Case: 10-45329 Form ID: b9i Total Noticed: 25

The following entities were noticed by first class mail on Aug 20, 2010.

db +Amelia Mercedes Penzo, 1301 Montclair Street, Arlington, TX 76015-1420
aty +Jesse Schodrof Garcia, Allmand & Lee, 8701 Bedford Euless Rd., Ste. 510, Hurst, TX 76053-3874
tr +Tim Truman, 6851 N.E. Loop 820, Suite 300, Fort Worth, TX 76180-6608
13458512 +Allmand & Lee, PLLC, 8701 Bedford Euless Rd., Suite 510, Hurst, TX 76053-3874
13458513 Attorney General of Texas, Collections Div Bankruptcy Sec, PO Box 12548, Austin, TX 78711-2548
13458514 +Bank of America, PO Box 650070, Dallas, TX 75265-0070
13458515 +Benefical, P.O. Box 1411, Fort Mill , SC 29716-1411
13458516 +Chase Manhattan Mortgage, PO Box 24696, Columbus, OH 43224-0696
13458517 +Citifinancial, 300 Saint Paul Place, Baltimore, MD 21202-2120
13458518 +Credit Systems International, 725 S. Wells No. 501, Chicago, IL 60607-4516
13458520 +Home Eq Servicing, 701 Corporate Center Drive, Raleigh, NC 27607-5084
13458526 +Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Ste 1600, Dallas, Texas 75201-2644
13458527 +Procollect,inc, 12170 Abrams Rd Ste 100, Dallas, TX 75243-4579
13458528 ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528
(address filed with court: STATE COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION, P.O. BOX 13528, AUSTIN, TEXAS 78711)
13458529 Texas Alcoholic Beverage Comm, Licences and Permits Division, P.O. Box 13127, Austin, TX 78711-3127
13458531 +Tim Truman, Chapter 13 Trustee, 6851 N.E. Loop 820, Suite 300, North Richland Hills, TX 76180-6608
13458532 United States Attorney - NORTH, 3rd Floor, 1100 Commerce St., Dallas, TX 75242
13458533 +United States Attorney General, Main Justice Building, Rm. 5111, 10th & Constitution Ave, NW Washington D.C 20530-0001

The following entities were noticed by electronic transmission on Aug 18, 2010.

13458519 +EDI: DISCOVER.COM Aug 18 2010 18:33:00 Discover Financial, Attention: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025
13458522 +EDI: HFC.COM Aug 18 2010 18:33:00 Hsbc Bank, ATTN: BANKRUPTCY, PO BOX 5213, Carol Stream, IL 60197-5213
13458523 +EDI: HFC.COM Aug 18 2010 18:33:00 Hsbc-rs, Attn: Bankruptcy, PO Box 5263, Carol Stream, IL 60197-5263
13458524 EDI: IRS.COM Aug 18 2010 18:33:00 Internal Revenue Service, Department of the Treasury, PO Box 21126, Philadelphia, PA 19114
13458525 EDI: IRS.COM Aug 18 2010 18:33:00 IRS, Department of the Treasury, Austin, TX 73301-0030
13458530 +E-mail/Text: redpacer@twc.state.tx.us TEXAS EMPLOYMENT COMMISSION, TEC BUILDING-BANKRUPTCY, 101 E. 15TH STREET, AUSTIN, TX 78778-0001
13458521 EDI: FUNB.COM Aug 18 2010 18:33:00 Homeq, Attn: Bankruptcy Department, PO Box 13716, Sacramento, CA 95853

TOTAL: 7

***** BYPASSED RECIPIENTS *****

NONE.

TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2010** **Signature:** Joseph Speetjens

# Debtor Sign In Docket for 10/19/2010



| Case # | Debtor 1 Last Name | Debtor 1 First Name | ID CKD BY: | Debtor 2 Name | Atty Name | ID CKD BY: |
|---|---|---|---|---|---|---|
| 10-45858-RFN | MITCHELL | GEORGE | | BARBARA JEAN MITCHELL | ALLMAND AND LEE PLLC | |
| Debtor 1 Sign In | | | E.D | Debtor 2 Sign In | | E.D |
| Debtor 1 Sign Out | | | | Debtor 2 Sign Out | | |
| 10-45171-DML | NANCE | IVAN | | | PATRICK D WEST | |
| Debtor 1 Sign In | | | E.D | Debtor 2 Sign In | | |
| Debtor 1 Sign Out | | | | Debtor 2 Sign Out | | |
| 10-45853-DML | OGOLINI | KALEB | | KASEY NICOLE OGOLINI | LEINART LAW FIRM | |
| Debtor 1 Sign In | | | | Debtor 2 Sign In | | |
| Debtor 1 Sign Out | | | | Debtor 2 Sign Out | | |
| 10-45329-RFN | PENZO | AMELIA | | | ALLMAND AND LEE PLLC | |
| Debtor 1 Sign In | | | E.R | Debtor 2 Sign In | | |
| Debtor 1 Sign Out | | | | Debtor 2 Sign Out | | |
| 10-45781-RFN | QUINTERO- | ELENA | | | PATRICK D WEST | |
| Debtor 1 Sign In | | | E.D | Debtor 2 Sign In | | |
| Debtor 1 Sign Out | | | | Debtor 2 Sign Out | | |
| 10-45696-RFN | REYES | NICHOLAS | | CHARLOTTE ANN REYES | TRUMAN E COE LAW OFFICE | |
| Debtor 1 Sign In | | | E.D | Debtor 2 Sign In | | E.D |
| Debtor 1 Sign Out | | | | Debtor 2 Sign Out | | |

# DEBTOR QUESTIONNAIRE

**Case No:** **10-45329-RFN** **Date:** **10/19/2010**
**Presiding Officer:**

1. Name (s) Debtor 1 : **AMELIA MERCEDES PENZO**
   Debtor 2:

2. Address: 1301 Montclair St
   Arlington, TX 76015

   If different from above: self employee

3. Current home telephone number: (817) 275-6865

4. Current business employer and telephone number

   Debtor 1: (Employer Name) ______
   (Address) ______
   (Phone Number) ______

   Debtor 2: (Employer Name) ______
   (Address) ______
   (Phone Number) ______

5. Current cell phone number: Debtor 1: (469) 443-2583
   Debtor 2: ______

6. Current e-mail address: Debtor 1: ameliapenzo@hotmail.com
   Debtor 2: ______

7. Check the Income Tax Returns you have filed with the IRS:

   ✓ 2009; ✓ 2008; ✓ 2007; ✓ 2006;

8. If you are engaged in business and have employees, list any of the following Tax Returns that you have NOT filed: ___ 940 for years(s) ______; ______ 941's for quarter(s) ______; ______ sales tax for ______; other ______.

9. Have you delivered to the Trustee a copy of your2009 Federal Income Tax Return or transcript for 2009?
   ✓ YES ______ NO

10. Have you lived in any state other than Texas within the last2 years? ______ YES ✓ NO
    If so, what state? ______.

**Debtor 1: Amelia Mercedes Penzo**
**Debtor 2:**

**Case No: 10-45329-RFN**
**Debtor Questionnaire (p. 2)**

11. At the time you filed your Chapter 13 case, did you owe or have an obligation to pay a spouse, former spouse, or child or such child's parent, legal guardian, or responsible relative or government unit ("claimant") any alimony, maintenance, or support (child support or alimony)? _____ YES __✓__ NO

    If yes, provide the following for all claimants
    Name of claimant: ______________________
    Claimant's address: ______________________

    Claimant"s phone number: (___) ______________________
    See attached for additional claimants (see instructor for form).

    If yes, have you paid all sums due all DSO claimants since the date your Chapter13 case was filed?
    _____ YES _____ NO

12. If you are self-employed, do you incur trade credit in the production of income from such employment?
    _____ YES __✓__ NO

13. If you do not have an attorney, did anyone other than an attorney give you advice or assistance in filling out the papers you filed in your Chapter 13 case? _____ YES __✓__ NO

    If yes, complete Declaration by ProSe Debtor. (See instructor for form).

14. Categorize in the order of importance (5-most important to 1-least important; 0-not relevant) in the reason(s) you filed Chapter 13 bankruptcy:

    __✓__ Loss of income/job
    _____ Medical expenses
    _____ Divorce
    __✓__ Foreclosure - home
    _____ Repossession - vehicle
    _____ IRS problems
    _____ Poor money management
    _____ Kids/grandkids/parents
    __✓__ Credit card problems
    _____ Other: (describe)
    _____
    _____
    _____

15. How many people resided in your household on the day you filed your Chapter13 case?
    __1__ (number)

16. What is your age? Debtor 1: __64__ Debtor 2: _____

17. What is your education level? Debtor 1: __MS level__

    Debtor 2: _____

18. Are you or your spouse now receiving, or do either of you expect to become entitled to receive, any oil or gas income? __✓__ YES _____ NO

I hereby swear or affirm that the above information is true and correct

[signature]
Debtor 1 Signature

_____
Debtor 2 Signature



**U.S. Department of Justice**
Office of the United States Trustee
Region 6
*Northern & Eastern Districts of Texas*

*1100 Commerce, Room 976*
*Dallas, TX 75242*

*(214) 767-8967*
*Fax: (214) 767-8971*

March 20, 2013

*By Email PDF Attachment to*
*tntruman@aol.com*
Tim Truman
Office of the Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
Fort Worth, TX 76180

Re: *In re Amelia Mercedes Penzo; 10-45329*

Dear Mr. Truman:

The United States Trustee received a copy of the attached letter, dated March 14, 2013, from Amelia Penzo regarding a complaint against you as Chapter 13 Trustee made in the above referenced case. The letter complains that you have failed to provide Ms. Penzo with the following information:

- Failure to provide Ms. Penzo with a copy of documentation of her appearance at her 341 meeting of creditors held on October 19, 2010;
- Failure to provide Ms. Penzo with a copy of the actual recording of her 341 meeting of creditors held on October 19, 2010;
- Failure to provide Ms. Penzo with notice of her 341 meeting.

In order to assist the United States Trustee in reviewing this complaint, we request that you provide a written response, with any relevant documents, including copies of any and all 341 meetings held in the above referenced case, by April 19, 2013.

Regards,

Elizabeth A. Ziegler
Trial Attorney

cc: William Neary, United States Trustee
Amelia Mercedes Penzo
Jesse Schodrof Garcia

From: Amelia Penzo
Case # 10-45329
Re: My unsuccessful attempt to receive a copy of any documentations and/or audiotape of the meeting with creditors held Oct, 19, 2010
Date: March 14, 2013
Pages: 1

I have tried several times to receive a copy of the documentations stated above from Tim Truman Trustee. Till today March 14, 2013 I have been unsuccessful. Hence, I am trying to obtain the above documentation directly through the US Trustee Bankruptcy Court. Thanks,

Amelia Penzo

PO Box 153033
Arlington TX 76015
phone: (469) 443-2583
ameliapenzo@hotmail.com

# Complaint in Amelia Mercedes Penzo; 10-45329

From: **Ziegler, Elizabeth (USTP)** (Elizabeth.Ziegler@usdoj.gov)
Sent: Wed 3/20/13 9:58 AM
To: timt@ch13ftw.com (timt@ch13ftw.com)
Cc: ameliapenzo@hotmail.com (ameliapenzo@hotmail.com); jgarcia@bglegalgroup.com (jgarcia@bglegalgroup.com)

3 attachments
Elizabeth Ziegler.vcf (1.5 KB) , Penzo Original Complaint.pdf (81.2 KB) , Penzo Request Response to Complaint Letter.pdf (50.4 KB)

Dear Mr. Truman,

Attached please find a complaint filed by Ms. Penzo against you in her above referenced case. Please do not hesitate to contact me with questions or concerns. Thank you.

Regards,

Liz

**Elizabeth Ziegler**
Trial Attorney
Dallas - Region 06

(214) 767-1247 Work
Elizabeth.Ziegler@usdoj.gov

1100 Commerce Street
Dallas, TX 75242

B6D (Official Form 6D) (12/07) - Cont.

In re **Amelia Mercedes Penzo**

Case No. ______________ (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5226**<br>**Homeq**<br>**Attn: Bankruptcy Department**<br>**PO Box 13716**<br>**Sacramento, CA 95853** | | - | DATE INCURRED **Various**<br>NATURE OF LIEN **Mortgage arrears**<br>COLLATERAL **Homestead**<br>REMARKS **In the plan**<br>VALUE **$89,000.00** | | | | **$9,300.00** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | AMOUNT OF CLAIM | UNSECURED PORTION |
|---|---|---|
| **Subtotal (Total of this Page) >** | **$9,300.00** | **$0.00** |
| **Total (Use only on last page) >** | **$115,503.00** | **$0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**Wu, Stephen**

**From:** Wu, Stephen
**Sent:** Thursday, March 14, 2013 4:12 PM
**To:** 'ameliapenzo@hotmail.com'
**Subject:** Penzo, 10-45329
**Attachments:** Penzo - Pay History.XLSX

Ms. Penzo,

Attached is the pay history sent to us from our client. Please confirm receipt.

Stephen Wu
Associate Attorney
Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 722-5184 Direct
(214) 635-2686 Fax
swu@mwzmlaw.com




This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender by electronic mail or telephone of any unintended recipients and delete the original message without making any copies.

| Date Paid | Amount Due | Date Paid | Amount Paid |
|---|---|---|---|
| 10/1/2004 | 550.43 | 12/6/2004 | 359.51 |
| 11/1/2004 | 550.43 | 12/20/2004 | 377.49 |
| 12/1/2004 | 550.43 | 1/6/2005 | 359.51 |
| 1/1/2005 | 550.43 | 1/21/2005 | 359.51 |
| 2/1/2005 | 550.43 | 2/7/2005 | 359.51 |
| 3/1/2005 | 550.43 | 3/7/2005 | 359.51 |
| 4/1/2005 | 550.43 | 4/6/2005 | 359.51 |
| 5/1/2005 | 550.43 | 4/30/2005 | 377.49 |
| 6/1/2005 | 550.43 | 6/2/2005 | 378 |
| 7/1/2005 | 550.43 | 7/30/2005 | 377.49 |
| 8/1/2005 | 550.43 | 9/1/2005 | 380 |
| 9/1/2005 | 550.43 | 10/4/2005 | 378 |
| 10/1/2005 | 550.43 | 10/31/2005 | 904.2 |
| 11/1/2005 | 550.43 | 11/30/2005 | 886.22 |
| 12/1/2005 | 550.43 | 12/5/2005 | 821.15 |
| 1/1/2006 | 550.43 | 1/3/2006 | 890 |
| 2/1/2006 | 550.43 | 4/4/2006 | 2,412.83 |
| 3/1/2006 | 550.43 | 7/10/2006 | 2,230.22 |
| 4/1/2006 | 550.43 | 9/29/2006 | 1,498.80 |
| 5/1/2006 | 550.43 | 4/10/2007 | 830.86 |
| 6/1/2006 | 550.43 | 7/3/2007 | 1,100.00 |
| 7/1/2006 | 550.43 | 8/1/2007 | 1,247.54 |
| 8/1/2006 | 550.43 | 9/19/2007 | 2,245.20 |
| 9/1/2006 | 550.43 | 5/5/2008 | 687.13 |
| 10/1/2006 | 649.87 | 6/17/2008 | 1,381.72 |
| 11/1/2006 | 649.87 | 7/11/2008 | 687.17 |
| 12/1/2006 | 649.87 | 8/29/2008 | 699.64 |
| 1/1/2007 | 649.87 | 9/15/2008 | 675.97 |
| 2/1/2007 | 649.87 | 10/27/2008 | 664.36 |
| 3/1/2007 | 649.87 | 11/24/2008 | 664.36 |
| 4/1/2007 | 684.7 | 9/21/2009 | 1,500.00 |
| 5/1/2007 | 684.7 | 7/14/2010 | 3,350.00 |
| 6/1/2007 | 684.7 | 10/15/2010 | 552.51 |
| 7/1/2007 | 684.7 | 1/24/2011 | 1,800.00 |
| 8/1/2007 | 684.7 | 3/9/2011 | 1,105.02 |
| 9/1/2007 | 684.7 | 6/29/2011 | 1,049.86 |
| 10/1/2007 | 701.35 | 6/29/2011 | 524.93 |
| 11/1/2007 | 701.35 | 8/1/2011 | 1,049.90 |
| 12/1/2007 | 701.35 | 8/1/2011 | 524.95 |
| 1/1/2008 | 701.35 | 9/22/2011 | 1,200.00 |
| 2/1/2008 | 701.35 | 11/4/2011 | 552.51 |
| 3/1/2008 | 701.35 | 12/16/2011 | 693.00 |
| 4/1/2008 | 664.38 | 2/3/2012 | 1,269.84 |
| 5/1/2008 | 664.38 | 5/1/2012 | 960.00 |
| 6/1/2008 | 664.38 | 6/11/2012 | 497.27 |
| 7/1/2008 | 664.38 | 7/6/2012 | 490.00 |

BK FILED DATE 08/16/2010

already Chapter XIII bankruptcy & my payments were applied for 2007, 2008, 2009 etc?

| | | | |
|---|---|---|---|
| 8/1/2008 | 664.38 | 8/2/2012 | 525.00 |
| 9/1/2008 | 664.38 | 9/4/2012 | 540.00 |
| 10/1/2008 | 630.78 | 9/27/2012 | 540.00 |
| 11/1/2008 | 630.78 | 12/10/2012 | 1,016.00 |
| 12/1/2008 | 630.78 | 12/10/2012 | 508.00 |
| 1/1/2009 | 630.78 | 1/14/2013 | 580.00 |
| 2/1/2009 | 630.78 | | |
| 3/1/2009 | 630.78 | | |
| 4/1/2009 | 598.24 | | |
| 5/1/2009 | 598.24 | | |
| 6/1/2009 | 598.24 | | |
| 7/1/2009 | 598.24 | | |
| 8/1/2009 | 598.24 | | |
| 9/1/2009 | 598.24 | | |
| 10/1/2009 | 566.9 | | |
| 11/1/2009 | 566.9 | | |
| 12/1/2009 | 566.9 | | |
| 1/1/2010 | 566.9 | | |
| 2/1/2010 | 566.9 | | |
| 3/1/2010 | 566.9 | | |
| 4/1/2010 | 552.51 | | |
| 5/1/2010 | 552.51 | | |
| 6/1/2010 | 552.51 | | |
| 7/1/2010 | 552.51 | | |
| 8/1/2010 | 552.51 | | |
| 9/1/2010 | 552.51 | | |
| 10/1/2010 | 552.51 | | |
| 11/1/2010 | 552.51 | | |
| 12/1/2010 | 552.51 | | |
| 1/1/2011 | 552.51 | | |
| 2/1/2011 | 552.51 | | |
| 3/1/2011 | 552.51 | | |
| 4/1/2011 | 552.51 | | |
| 5/1/2011 | 552.51 | | |
| 6/1/2011 | 552.51 | | |
| 7/1/2011 | 634.92 | | |
| 8/1/2011 | 634.92 | | |
| 9/1/2011 | 634.92 | | |
| 10/1/2011 | 634.92 | | |
| 11/1/2011 | 634.92 | | |
| 12/1/2011 | 634.92 | | |
| 1/1/2012 | 634.92 | | |
| 2/1/2012 | 657.99 | | |
| 3/1/2012 | 657.99 | | |
| 4/1/2012 | 497.27 | | |
| 5/1/2012 | 497.27 | | |
| 6/1/2012 | 497.27 | | |

| | | | |
|---|---|---|---|
| 7/1/2012 | 497.27 | | |
| 8/1/2012 | 497.27 | | |
| 9/1/2012 | 497.27 | | |
| 10/1/2012 | 497.26 | | |
| 11/1/2012 | 497.26 | | |
| 12/1/2012 | 497.26 | | |
| 1/1/2013 | 497.26 | | |
| 2/1/2013 | 497.26 | | |
| 3/1/2013 | 497.26 | | |
| **Total Due** | **60202.89** | **Total Paid** | **45781.69** |

OCWEN

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

**Account Number:** 0707273629
**Account Statement Date:** 01/31/2013
**Property Address:**
1301 Montclair Street
Arlington TX 76015-2416

DELQ

Page 1

1MB 00077/004566/000139 0017 1 ACPXWF
AMELIA PENZO
PO BOX 153032
ARLINGTON TX 76015-9032



## Special Notices

Looking for ways to reduce your homeowners insurance cost? Consider increasing your deductible. First Protector will pay it for you, up to $1,000. Visit www.OcwenFirstProtector.com or call 1-800-349-9756, 8am-8pm E.T. for more information.

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 43,577.54 |
| Interest Rate: | 8.40000% |
| Next Payment Due Date: | 08/01/2012 |
| Escrow Advance Balance: | 3,148.04- |
| Current Suspense Balance: | 111.19 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 43,464.84 |
| Beginning Escrow Balance: | 2,876.68- |
| Recently Assessed Amounts: | |
| December- 2012 Late Charges: | 18.08 |
| January- 2013 Late Charges: | 18.08 |
| 12/21/12 Certified Mail Cost: | 26.12 |
| 01/10/13 Property Valuation Expense: | 109.00 |
| 01/11/13 Property Inspection Fee: | 10.50 |
| 01/12/13 Defensive Litigation Fees: | 150.00 |
| 01/12/13 Notice of Default: | 50.00 |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Principal: | 58.95 |
| Interest: | 302.63 |
| Escrow: | 135.68 |
| Less:Partial Payment Amount: | 111.19- |
| Current Amount Due by 02/01/13: | 386.07 |
| Past Due Amount: | |
| Principal: | 345.23 |
| Interest: | 1,824.27 |
| Escrow: | 814.08 |
| Past Due Amounts DUE IMMEDIATELY: | 2,983.58 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 36.16 |
| Prev-Returned Check Fee: | 175.00 |
| Prev-Transaction History Fee: | 5.00 |
| Prev-Bankruptcy Expense: | 150.00 |
| Prev-Certified Mail Cost: | 26.12 |
| Curr-Defensive Litigation Fees: | 150.00 |
| Prev-Motion for Relief: | 625.00 |
| Prev-Motion For Relief Filing Costs: | 150.00 |
| Curr-Notice of Default: | 50.00 |
| Curr-Property Inspection Fee: | 10.50 |
| Prev-Property Valuation Expense: | 109.00 |
| Prev-Review of Plan/Notice of Appearance: | 150.00 |
| Total Fees/Expense Outstanding: | 1,636.78 |
| **Total Amount Due:** | **5,006.43** |

I have not ask to apply money toward the principal on monthly payments.

Ocwen needs to explain charges

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/13 | Payment Reversal | 56.55- | 305.04- | 135.68- | | | | 10.73- | 508.00- |

## Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

FOLD AND DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

FOLD AND DETACH HERE

004566/000139 ACPXWF S1-ET-M1-C002 1

010377341251 000000000000000000000018083 000000707273629 50 005006437

OCWEN

WWW.OCWEN.COM

February 1, 2013

only check returned for why NSF funds; are they charging $175.00 on 1/31/13 and 5/17/13 (most recent account statement) for NSF funds 1/18/2013

12/30/11 15 30 3 0000411 20130201 IBODY101 NSFLET 1 OZ DOM IBODY10000 155747 L1

AMELIA PENZO
PO BOX 153032
ARLINGTON TX 76015-9032

$508.00

Ocwen sent back to me my cashier check for $800 + for Jan, Feb 2013 now March 20

Loan Number: 0707273629
Property Address: 1301 Montclair Street, Arlington, TX 76015-2416

**RETURNED PAYMENT NOTICE**

Dear Borrower(s):

We hope this letter finds you well. Ocwen is sending you this notice to inform you that your bank has returned check number **1442**, in the amount of **$508.00** for the following reason:

INSUFFICIENT FUNDS
ACCOUNT CLOSED
PAYMENT STOPPED
REASON UNKNOWN (PLEASE CONTACT YOUR BANK)
X OTHER: **NSF 2nd Time Check Number: 1442 Check A**

If an ACH (Automated Clearing House) payment was returned for a reason other than Insufficient Funds, you are requested to please update your bank account details so that you may avoid future returned payments. You may do this by logging in to Ocwen's website at www.ocwen.com or by contacting Ocwen's Customer Care Center at (800) 746-2936. In addition, to avoid cancellation of the ACH program, please remit a replacement payment.

Your account has been charged **$25.00** for this returned item, which will need to be included with your mortgage payment. Please submit your payment by Bank Check, Money Order or Money Gram. Prior to submitting your payment, you may wish to call us to verify the exact amount due on your account. Ocwen appreciates the opportunity to service your loan and looks forward to resolving this matter.

**PAYMENT REMITTANCE INFORMATION (always include Loan # 0707273629 with your payment)**

**Money Gram**
Receive Code: 2355
City: Orlando
St: FL
Loan # **0707273629**

**Overnight Address**
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Attention: Cashiering Department

**Via Regular Mail**
Ocwen Loan Servicing, LLC
P. O. Box 6440
Carol Stream, IL 60197-6440

Please send all payments to one of the addresses defined above.

| | OCWEN CONTACT INFORMATION |
|---|---|
| HOURS: | Monday - Friday 8:00 am – 9:00 pm ET<br>Saturday 8:00 am – 5:00 pm ET<br>Sunday 12:00 pm – 9:00 pm ET |
| PHONE NUMBER: | (800) 746-2936 |

**ADDRESS WRITTEN CORRESPONDENCE TO:**

Ocwen
P.O. Box 24736
West Palm Beach, Florida 33416-4736

Sincerely,

Ocwen Loan Servicing, LLC
Toll Free Phone: (800) 746-2936 Fax: 407-737-6300

NSFLET

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #1852

## Ocwen Payment Received

From: **rdocmail@ocwen.com**
Sent: Sat 11/26/11 9:04 PM
To: ameliapenzo@hotmail.com

bankruptcy?

Ocwen Loan Servicing®
Mortgage Customers
OCWEN

Helping Homeowners Is What We Do!™

November 26, 2011

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 11/25/2011 for the amount of $516.88.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt. To unsubscribe from this service, please call us at 1-800-746-2936 with the loan number above to update your email preferences.*

*NMLS #:1852*

© Ocwen Financial Corporation. All Rights Reserved

****************************************************************************************************

This communication is from a debt collector, Ocwen Loan Servicing, LLC (NMLS #1852), attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.

Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on us until they are confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectively "Ocwen" takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of software viruses.

****************************************************************************************************

need copy

## Ocwen Payment Received

From: **rdocmail@ocwen.com**
Sent: Sat 12/17/11 10:15 PM
To: ameliapenzo@hotmail.com

Ocwen Loan Servicing®
Mortgage Customers
OCWEN

Helping Homeowners Is What We Do!™

December 17, 2011

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 12/16/2011 for the amount of $693.00.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt. To unsubscribe from this service, please call us at 1-800-746-2936 with the loan number above to update your email preferences.*

*NMLS #:1852*

© Ocwen Financial Corporation. All Rights Reserved.

**************************************************************************************************************

This communication is from a debt collector, Ocwen Loan Servicing, LLC (NMLS #1852), attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.

Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on us until they are confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectively "Ocwen" takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of software viruses.

**************************************************************************************************************

Windows Live™ Hotmail (14) Messenger (1) SkyDrive | MSN

Amelia Mercedes Penzo ▾

profile | sign out

Hotmail

New | Reply Reply all Forward | Delete Junk Sweep ▾ Mark as ▾ Move to ▾ Categories ▾ |

Inbox (14)

One click access to Hotmail Pin Hotmail to your Windows 7 taskbar with Internet Explorer 9. Learn more

Options ▾

Folders
Junk (562)
Drafts (45)
Sent
Deleted (19)
New folder

Quick views

Messenger (1)
35 invitations
Search contacts
CARO
Sign out of Messenger

Home
Contacts
Calendar

Hotmail on your Android

Ocwen Payment Received

Back to messages |

rdocmail@ocwen.com...

To ameliapenzo@hotmail.com

Newsletters | 12/29/11

Reply ▾

Ocwen Loan Servicing®

Mortgage Customers

OCWEN

December 29, 2011

Loan Number: 707273629

Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 12/28/2011 for the amount of $516.8€

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information c*
*communication is not intended as and does not constitute an attempt to collect a debt. 1*

© Ocwen Financial Corporation. All Rights Reserved.

*****************************************************************

This communication is from a debt collector, Ocwen Loan Servicing, LLC (N
the debt is in active bankruptcy or has been discharged through bankruptcy, tl

Windows Live™ Hotmail (16) Messenger (1) SkyDrive | MSN

Amelia Mercedes Penzo
profile | sign out

Hotmail
New | Reply Reply all Forward | Delete Junk Sweep Mark as Move to Categories |
Options

Inbox (16)

Folders
Junk (609)
Drafts (45)
Sent
Deleted (24)
New folder

Quick views

Messenger (1)
35 invitations
Search contacts
CARO
Sign out of Messenger

Home
Contacts
Calendar

get help easily

Ocwen Payment Received

Back to messa

rdocmail@ocwen.com Schedule cleanup
To ameliapenzo@hotmail.com

Newsletters | 2/04/1

Ocwen Loan Servicing®
Mortgage Customers
OCWEN

Helping Homeowners Is What We

February 04, 2012

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 02/03/2012 for the amount of $1,269.84.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through t communication is not intended as and does not constitute an attempt to collect a debt.*

© Ocwen Financial Corporation. All Rights Reserved.

To Unsubscribe from these notifications please click here.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any ma information that is confidential,privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohil reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.
Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in err promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectiv takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of softwa

Too many newsletters? You can unsubscribe or better yet, schedule automatic cleanup.

New | Reply Reply all Forward | Delete Junk Sweep Mark as Move to Categories |

© 2012 Microsoft Terms Privacy About our ads Advertise Developers

Help Center Feedback English

Windows Live™ Hotmail (14) Messenger (1) SkyDrive | MSN

Amelia Mercedes Penzo
profile | sign out

Hotmail

New | Reply Reply all Forward | Delete Junk Sweep Mark as Move to Categories | Options

Inbox (14)

One click access to Hotmail Pin Hotmail to your Windows 7 taskbar with Internet Explorer 9. Learn more

Folders
Junk (562)
Drafts (45)
Sent
Deleted (19)
New folder

Quick views

Messenger (1)
35 invitations
Search contacts
CARO
Sign out of Messenger

Home
Contacts
Calendar

SHARE PHOTOS WHILE YOU VIDEO CALL

# Ocwen Payment Received

Back to messa

rdocmail@ocwen.com Schedule cleanup
To ameliapenzo@hotmail.com

Newsletters |

## Ocwen Loan Servicing®

Mortgage Customers

OCWEN

Helping Homeowners Is What We

February 04, 2012

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 02/03/2012 for the amount of $516.88.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through t communication is not intended as and does not constitute an attempt to collect a debt.*

© Ocwen Financial Corporation. All Rights Reserved.

To Unsubscribe from these notifications please click here.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any ma information that is confidential,privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohil reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.
Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in err promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectiv takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of softwa

Too many newsletters? You can unsubscribe or better yet, schedule automatic cleanup.

New | Reply Reply all Forward | Delete Junk Sweep Mark as Move to Categories |

© 2012 Microsoft Terms Privacy About our ads Advertise Developers Help Center Feedback English

# Ocwen Payment Received

From: **rdocmail@ocwen.com** This sender is in your contact list.
Sent: Thu 7/05/12 2:58 PM
To: ameliapenzo@hotmail.com

Ocwen Loan Servicing®
Mortgage Customers
OCWEN
Helping Homeowners Is What We Do!™

July 03, 2012

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 06/28/2012 for the amount of $531 08

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt, any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS #.1852*

© Ocwen Financial Corporation All Rights Reserved

To Unsubscribe from these notifications please click here.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is confidential,privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.
Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on us until they are confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectively "Ocwen" takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of software viruses.

# Ocwen Payment Received

From: rdocmail@ocwen.com This sender is in your contact list.
Sent: Sun 8/05/12 12:41 PM
To: ameliapenzo@hotmail.com

Ocwen Loan Servicing
Mortgage Customers

OCWEN

Helping Homeowners Is What We Do!™

August 03, 2012

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 08/02/2012 for the amount of $531.08.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #:1852

© Ocwen Financial Corporation All Rights Reserved

To Unsubscribe from these notifications please click here.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is confidential,privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.
Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on us until they are confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectively "Ocwen" takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of software viruses.

# RE: Ocwen Payment Received

From: Amelia Mercedes Penzo (ameliapenzo@hotmail.com)
Sent: Tue 9/04/12 9:49 PM
To: Ocwen (rdocmail@ocwen.com)

You will have to show proof of payments made by me with copies of the transactions!!!!!! Amelia Penzo

Date: Mon, 3 Sep 2012 12:20:25 -0400
From: rdocmail@ocwen.com
To: ameliapenzo@hotmail.com
Subject: Ocwen Payment Received

Ocwen Loan Servicing®
Mortgage Customers
OCWEN
Helping Homeowners Is What We Do!™

August 31, 2012

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 08/30/2012 for the amount of $508 65.

Sincerely,

OCWEN
P O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt, any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #:1852

© Ocwen Financial Corporation All Rights Reserved

To Unsubscribe from these notifications please click here.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is confidential,privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on us until they are confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectively "Ocwen" takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of software viruses.

Memo

August 2012

To: Ocwen

From: Amelia Penzo PO Box 1301 Montclair St Arlington - TX 76015
Account # 0707273629

Re: (1) Payment loan # 0707273629 for the month of August 2012 on 1301 Montclair St., Arlington, TX 76015

(2) Requesting copy of my Hud 1, (Second Notice)

Enclosed payment for above loan for the month of August 2012 for the amount of $540.00. Please acknowledge the same via email.

Also I am requesting a copy of my Hud I which was already requested by me a week ago through a phone call to your customer service Dept. Thanks,

Amelia Penzo

**AMELIA M. PENZO**
1301 MONTCLAIR STREET
ARLINGTON, TX 76015-
469-443-2583

1371

Date 08-29-2012 88-8161/3119 0

Pay to the Order of Ocwen Loan Servicing $ 540.00

Five Hundred Forty 00/100 Dollars

Security Features Details on Back.

EECU
Your community credit union
1617 W. 7th Street – P.O. Box 1777
Fort Worth, TX 76101-1777
(817) 882-0800

Loan# 0707273629

For August 2012 payment

Amelia Penzo

MP

⑆311981614⑆ 0002183280⑈01371

Harland Clarke

# Ocwen Payment Received

From: **rdocmail@ocwen.com** This sender is in your contact list.
Sent: Sun 9/09/12 12:06 PM
To: ameliapenzo@hotmail.com

Ocwen Loan Servicing®
Mortgage Customers
OCWEN

Helping Homeowners Is What We Do!™

September 09, 2012

Loan Number: 707273629
Property Address: 1301 Montclair Street
Arlington, TX 76015-2416

Dear Amelia Penzo:

OCWEN received a payment on 09/04/2012 for the amount of $540.00.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address )

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #:1852

© Ocwen Financial Corporation All Rights Reserved

To Unsubscribe from these notifications please click here.

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is confidential,privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.
Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on us until they are confirmed by us. Message transmission is not guaranteed to be secure or free of software virus. While Ocwen Financial Corporation and its subsidiaries collectively "Ocwen" takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of software viruses.



NOTICE TO CASHIER: BE SURE WATERMARK IS ON CHECK BEFORE CASHING

EECU
Your community credit union

NOTICE TO MEMBERS
The purchase of an Indemnity Bond and a 90 day waiting period may be required before this check will be replaced or refunded in the event it is lost, misplaced or stolen.

05-0000846635

DATE
02/01/12

MONEY ORDER

$634.92

PAY:***SIX HUNDRED THIRTY FOUR DOLLARS AND 92 CENTS***

PAY TO THE ORDER OF OCWEN

FEB 02 2012

RE: AMELIA PENZO

Account # 0707273629

⑈0000846635⑈ ⑆311981614⑆ 0601200 2⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

0707273629 033 LOAN OPS
Check21- DEP TO WFB NA
REGULUS-CHI 4124823345 02/03/12
935428 34 935430 1 9 84



NOTICE TO CASHIER: BE SURE WATERMARK IS ON CHECK BEFORE CASHING

EECU
Your community credit union

NOTICE TO MEMBERS
The purchase of an Indemnity Bond and a 90 day waiting period may be required before this check will be replaced or refunded in the event it is lost, misplaced or stolen.

FEB 02 2012

05-0000846291

MONEY ORDER

DATE 01/31/12

$634.92

PAY:***SIX HUNDRED THIRTY FOUR DOLLARS AND 92 CENTS***

PAY TO THE ORDER OF Ocwen
RE: Amalia Penzo
#0707273629
Jan 2012 payment

⑈0000846291⑈ ⑆311981614⑆ 0601200 2⑈

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

0707273629 035 LOAN OPS
Check21 DEP TO WFB NA
REGULUS-CHI 4124823345 02/03/12
935431 37 935430 1 9 25

1075 also pd. Paid After 5.20.11




Not on Record


951338-6 460792 1 9 74

REGULUS-CHI >713433761< 03/09/11

Check21 FOR DEPOSIT J P MORGAN BANK N A


AMELIA M. PENZO

1301 MONTCLAIR ST.

ARLINGTON, TX 76015

Pay to the Order of

$ 1,105.02

Dollars

# Ocwen Financial Solutions Pvt. Ltd.

Post Payment Tracking

Date : 08/29/2011 at 05:25:42 AM

Loan Number : 707273629
Pre Next Due : 04/01/2010
Pre Target : 09/01/2010
Contractual : 11/01/2010
Post Next Due : 05/01/2011
Bk Filed : 08/16/2010
Acquisition : 09/01/2010
Starting Pre :
Starting Post :

12 months

| Due Date | Amount Due | Paid Date | Paid Amt | SB | P+I Pmt | Int Rate | IC | Late Chg |
|---|---|---|---|---|---|---|---|---|
| 09/01/2010 | 552.51 | 10/15/2010 | 552.51 | | 361.59 | 8.40000 | | 18.08 |
| 10/01/2010 | 552.51 | 01/24/2011 | 552.51 | | 361.59 | 8.40000 | 0 | 18.08 |
| 11/01/2010 | 552.51 | 01/24/2011 | 552.51 | | 361.59 | 8.40000 | 0 | 18.08 |
| 12/01/2010 | 552.51 | 01/24/2011 | 552.51 | | 361.59 | 8.40000 | 0 | 18.08 |
| 01/01/2011 | 552.51 | 03/09/2011 | 552.51 | | 361.59 | 8.40000 | 0 | 18.08 |
| 02/01/2011 | 552.51 | 03/09/2011 | 552.51 | | 361.59 | 8.40000 | 0 | 18.08 |
| 03/01/2011 | 552.51 | 06/29/2011 | 552.51 | | 361.59 | 8.40000 | 0 | 18.08 |
| 04/01/2011 | 552.51 | | 114.89 | | 361.59 | 8.40000 | 0 | 18.08 |
| 05/01/2011 | 552.51 | | 0.00 | | 361.59 | 8.40000 | 0 | 18.08 |
| 06/01/2011 | 552.51 | | 0.00 | | 361.59 | 8.40000 | 0 | 18.08 |
| 07/01/2011 | 648.53 | | 0.00 | | 361.59 | 8.40000 | 0 | 18.08 |
| 08/01/2011 | 648.53 | | 0.00 | | 361.59 | 8.40000 | 0 | 18.08 |
| | | | 0.00 | << | 361.59 | 8.40000 | 0 | 18.08 |

9
10
11

escrow 14 months 246

Insurance Direct

Due through 8287.65

pd so far 5182

3105 behind at 552/m not including insur

Att fee

total could be 4500 behind

page number 1 of 1

created with evaluation software from www.xmlpdf.com

B6D (Official Form 6D) (12/07) - Cont.

In re **Amelia Mercedes Penzo**

Case No. ______________________ (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5226**<br><br>**Homeq**<br>**Attn: Bankruptcy Department**<br>**PO Box 13716**<br>**Sacramento, CA 95853** | | - | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**In the plan**<br><br>VALUE: **$89,000.00** | | | | **$9,300.00** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Amount of claim | Unsecured portion |
|---|---|---|
| **Subtotal (Total of this Page) >** | **$9,300.00** | **$0.00** |
| **Total (Use only on last page) >** | **$115,503.00** | **$0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

# FW: Certificates

**Amelia Mercedes Penzo** (ameliapenzo@hotmail.com)
Fri 10/19/12 4:11 PM
Lee Lawfirm (clee@leebankruptcy.com)

Will you please resend the certificates again with signatures? Thanks, Amelia Penzo

From: ameliapenzo@hotmail.com
To: clee@leebankruptcy.com
Subject: RE: Certificates
Date: Thu, 13 Sep 2012 17:38:00 -0500

No, I disagree with you, I did not take the courses you mentioned below. I will take this matter to higher grounds. Amelia Penzo

From: clee@leebankruptcy.com
To: ameliapenzo@hotmail.com
CC: clee@leebankruptcy.com; lbarrett@leebankruptcy.com
Subject: Certificates
Date: Fri, 7 Sep 2012 15:47:43 +0000

Hello Ma'am,

Here are both of your certificates that you inquired about this morning. One was required before you filed your case and one was required after you filed your case. You have done both and both have been filed with the Court. Copies are attached for your reference.

If you have any questions about these please don't hesitate to contact me.

You can contact me by email or my direct telephone number which is 817-265-0123 ext. 380.

Thank you very much for your business,

-Chris

# RE: Certificates

**Amelia Mercedes Penzo** (ameliapenzo@hotmail.com)
Thu 9/13/12 5:38 PM
Lee Lawfirm (clee@leebankruptcy.com)

No, I disagree with you, I did not take the courses you mentioned below. I will take this matter to higher grounds. Amelia Penzo

From: clee@leebankruptcy.com
To: ameliapenzo@hotmail.com
CC: clee@leebankruptcy.com; lbarrett@leebankruptcy.com
Subject: Certificates
Date: Fri, 7 Sep 2012 15:47:43 +0000

Hello Ma'am,

Here are both of your certificates that you inquired about this morning. One was required before you filed your case and one was required after you filed your case. You have done both and both have been filed with the Court. Copies are attached for your reference.

If you have any questions about these please don't hesitate to contact me.

You can contact me by email or my direct telephone number which is 817-265-0123 ext. 380.

Thank you very much for your business,

-Chris



www.ocwen.com

8/3/2012

Loan Number 707273629
Case Number 10-45329

after my complaint about charges for insurance not me but I still have not received credit for insurance charges. Also $497.26 was charged to another account 1/31/2013 see statement late

Amelia Penzo
PO Box 153032
Arlington, TX 76015

**RE: Adjustable Rate Mortgage Change Notice**

Dear Borrower(s):

Please consider this revised notice for the 10/1/2012 payment and request you to ignore the previous notices that you have received for the said payment change date.

In accordance with the terms of your adjustable rate mortgage, please be advised that on 10/1/2012 the principal and interest portion of your payment amount on your loan will change from $ 361.59 to $ 361.58, which excludes your escrow amount, if any.

| | |
|---|---|
| Effective Date of the New Payment | 10/1/2012 |
| New Principal & Interest Payment Amount | $ 361.58 |
| Escrow Payment Amount | $ 135.68 |
| Optional Insurance Payment Amount | $ 0.00 |
| New Total Monthly Payment Amount | $ 497.26 |

The principal balance on your loan as of this date will be $43,464.05 (assuming timely payment of all preceding payments). Please be advised this figure does not represent a payoff quote.

Your new interest rate will be 8.40000%, which was based on an index value of 0.72590%. Your previous payment amount was calculated using an interest rate of 8.40000%, which was based on the previous index value of 0.77825%.

You should be aware that your overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. If you have any questions relating to this notice, Please contact our Customer Care Center with any questions at (800) 746-2936. We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852

BKARMNOTICE

OCWEN

WWW.OCWEN.COM

March 16, 2012

Amelia Penzo

PO Box 153032
Arlington, TX 76015

Loan Number: 707273629
Property Address: 1301 Montclair Street, Arlington, TX 76015-2416
Analysis Date: 03/15/12

Dear Borrower(s):

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - BANKRUPTCY ACCOUNT HISTORY

**This notice is being sent to you because Ocwen Loan Servicing, LLC has been notified that a proceeding under Chapter 13 of the Bankruptcy Code involving you was commenced on 8/16/10. This notice relates to your post-petition escrow payments and disbursements only.**

**Please contact us at once if you are not the subject of a Chapter 13 proceeding or plan. If you have filed for any other bankruptcy protection or received any other discharge under the U.S. Bankruptcy Code that applies to this property, this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.**

This is a statement of actual and scheduled activity in your escrow account from July 2011 through March 2012.

Your monthly mortgage payment for the past year was $657.99 of which $361.59 was for principal and interest and $296.40 was allocated to your escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| *Jul-11 | $286.94 | $-331.90 | | | | $-53.08 | $-508.58 |
| *Aug-11 | $286.94 | | | | | $233.86 | |
| *Sep-11 | $286.94 | $190.92 | | | | $520.80 | $-317.66 |
| * | | $190.92 | | | | | $-126.74 |
| *Oct-11 | $286.94 | $74.92 | | | | $807.74 | $-51.82 |
| *Nov-11 | $286.94 | $516.88 | | $1,628.11 | County Tax (PARCEL # 00000930369) | $1,094.68 | $-1,163.05 |
| * | | $296.40-s | | | | | $-866.65 |
| *Dec-11 | $286.94 | $273.33 | | | | $1,381.62 | $-593.32 |
| * | | $516.88 | | | | | $-76.44 |
| * | | $296.40-s | | | | | $219.96 |
| *Jan-12 | $286.94 | $296.40-s | $1,959.91 | | COUNTY | $-291.35 | $516.36 |

OCWEN

**PLEASE INCLUDE THE BELOW COUPON WITH ANY UPDATES**

**Please update my escrow records with the following information:**

Loan Number- 707273629

Amelia Penzo

New Insurance Company:__________________

OCWEN

WWW.OCWEN.COM

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | TAX (PARCEL # 00000930369) | | |
| *Feb-12 | $286.94 | $516.88 | | $722.50 | Escrow Balance Adjustment | $-4.41 | $310.74 |
| * | | $273.33 | | | | | $584.07 |
| * | | $273.33 | | | | | $857.40 |
| * | | $273.33 | | | | | $1,130.73 |
| * | | $237.85 | | | | | $1,368.58 |
| * | | $296.40-s | | | | | $1,664.98 |
| TOTALS | $2,295.52 | $4,192.27 | $1,959.91 | $2,350.61 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

OCWEN

**PLEASE INCLUDE THE BELOW COUPON WITH ANY UPDATES**

**Please update my escrow records with the following information:**

| Loan Number- 707273629 |
|---|
| Amelia Penzo |

**New insurance Company:**________________

Official Form 17
(12/04)

FILED
APR 19 2013
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
BB

# United States Bankruptcy Court

________ District Of ________

In re Amelia Mercedes Penzo
Debtor

Case No. 10-45329
Chapter 13

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

Amelia Mercedes Penzo the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the 11th day of April (month), 2013 (year) (50)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: 4-19-2013

Signed: Amelia Penzo
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: ________

Address: PO Box 153032
Arlington-TX 76015

Telephone No: (469) 443-2583

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

(1)

Fax (214) 635-2686

Memo

To: Mackie Wolf / Attorney at Law

From: Amelia M. Penzo / case # 10-45329

Re: Requesting information about amount Ocwen is saying I owe.

Pages: 8

According to my information I do not owe Ocwen the amount stated on your First Notice of Default. I will be filing with the U.S. Court (Bankruptcy Court) a Motion to Reconsider, besides the one I just filed in reference to the forbearance agreement not honored by Ocwen. I would like to have copies of any documentation turned in to you by Ocwen. I also would like to turn in to you proof of payments, enclosed docs filed in court today.

Thanks,

Amelia Penzo

(469) 443-2583

MEMO

TO: US BANKRUPTCY COURT / NORTHERN DISTRICT OF TX

FROM;: AMELIA M. PENZO / CHAPTER XIII BANKRUPTCY CASE 3 10-45329-RFN13

RE: REQUESTING A HEARING WITH OCWEN LOAN SERVICING / CHAPTER XIII BANKRUPTCY CASE #10-45329-RFN13 FOR MORTGAGE LOAN #0707273629 FOR MOTION TO RECONSIDER

PAGES: 2

HEREBY I AM REQUESTING A MOTION TO RECONSIDER TO DISCUSS MATTERS EXPLAINED ON PAGE 1.

THANKS,

AMELIA M. PENZO

(469)443-2583; POBOX 153032, ARLINGTON 76015

10-4

MEMO

TO; US DISTRICT COURT/ BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS

FROM: AMELIA M. PENZO / BANKRUPTCY CASE #10-45329-RFN13

RE: FILING A MOTION TO RECONSIDER AGAINST OCWEN LOAN SERVICING FOR FAILING TO FOLLOW US BANKRUPTCY COURT GUIDELINES . OCWEN LOAN SERVICING LOAN #0707273629

PAGES: 1

HEREBY I AM FILING A WRITTEN MOTION TO RECONSIDER AGAINST OCWEN LOAN SERVICING, LLC (POBOX 6440, CAROL STREAM, ILLINOIS 60197-6440 ON LOAN #0707273629. OCWEN DID NOT HONOR MY FORBEARANCE AGREEMENT I HAD WITH HOMEQ WHO SOLD MY LOAN TO OCWEN LOAN SERVICING. THUS MY FORBEARANCE AGREEMENT IS NOT SHOWING ON MY BANKRUPTCY CHAPTER XIII, CASE #10-45329-RFN FILED 2 ½ YEARS AGO (AUGUST 2010) AT NORTHERN DISTRICT/ FORT WORTH DIVISION. ALSO, AT THIS MOMENT OCWEN IS FILING FOR FORECLOSURE ON MY HOME CLAIMING A DEBT THAT DOES NOT EXIST. ENCLOSED COPIES OF 1) FORBEARANCE AGREEMENT WITH HOMEQ, 2) FIRST NOTICE OF DEFAULT, 3) ORDER GRANTING MOTION TO WWITHDRAW AS ATTORNEY OF RECORD. IF YOU HAVE ANY QUESTION DO NOT HESITATE TO CONTACT ME AT :

POBOX 153032; ARLINGTON, TX 76015; PHONE # 469-443-2583; ameliapenzo@hotmail.com

THANKS,

AMELIA M. PENZO

FILED
FEB 07 2013
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

MACKIE WOLF ZIENTZ & MANN, P.C.
ATTORNEYS AT LAW
PHONE (214) 635-2650 FAX (214) 635-2686

PARKWAY OFFICE CENTER, SUITE 900
14160 NORTH DALLAS PARKWAY
DALLAS, TEXAS 75254
* PLEASE RESPOND TO DALLAS OFFICE

UNION PLAZA
124 WEST CAPITOL, SUITE 1560
LITTLE ROCK, ARKANSAS 72201

November 28, 2012

Via First Class Mail and
Certified Mail/RRR #
AMELIA PENZO
PO BOX 153032
ARLINGTON, TX 76015

Certified Article Number
7196 9008 9040 1340 0676
SENDERS RECORD

Re: Ocwen Loan Servicing, LLC, as Mortgage Servicer

**FIRST NOTICE OF DEFAULT**

Borrower(s): AMELIA PENZO
Case No: 10-45329
MWZM#: 10-004248-670
Property Address: 1301 MONTCLAIR STREET
ARLINGTON, TX 76015

Dear BORROWER(S):

Our firm represents the above-referenced secured creditor (our "Client") in this proceeding. According to the records of our client, you have failed to comply with the payment requirements of the Agreed Order Conditioning Automatic Stay. Pursuant to the terms of the Order we are providing our Client's notice of default to you.

Please take notice that the default must be cured by delivering funds in the amount of **$6,248.60** to our Client at the address noted below not later than 5:00 p.m. on December 8, 2012. The funds must be made payable to Ocwen Loan Servicing, LLC Attn: Bankruptcy Department and remitted to 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409. The amount to be paid represents the following delinquent payments:

| | | |
|---|---|---|
| Payments | 3/12 | $657.99 |
| Late Charges | 3/12-11/12 | $162.72 |
| Suspense | | $-506.31 |
| Current Attorney Fees | | $50.00 |
| Payments | 4/12-11/12 | $3,978.16 |
| Stip Payments | 2/15/2012-3/15/2012 | $1,270.70 |
| Stip Payment | 4/15/2012 | $635.34 |
| Grand Total | | $6,248.60 |

All payment which may become due prior to your payment of the delinquency must also be paid. Please be aware when curing delinquent payment, as stated in this letter, that all payments presently past due must be included (i.e. monthly payments due during the period between the date of this letter and the date of your payment plus late charges, Agreed Order payments, etc.) please forward any such cure payment to our Client as indicated above.

Please note that in the event this default is not timely cured, the automatic stay shall terminate without further court order and thereafter, our Client will be free to pursue its contractual and statutory rights including, without limitation, the initiation of foreclosure, collection, and/or repossession proceedings.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

John Lynch

cc: Opposing Counsel
JESSE SCHODROF GARCIA
8701 BEDFORD EULESS RD.,
STE. 510
HURST, TX 76053

Certified Article Number
7196 9008 9040 1340 0706
SENDERS RECORD

Trustee
TIM TRUMAN
6851 N.E. LOOP 820
SUITE 300
FORT WORTH. TX 76180

# HomEq Servicing

July 30, 2010

Amelia Penzo
1301 Montclair Street
Arlington, TX 76015-2416

RE: Account Number 0322245226

Dear Amelia Penzo:

Thank you for your recent inquiry to HomEq Servicing ("HomEq"). At HomEq, we are dedicated to providing our customers with timely and complete answers to their questions and/or concerns.

In response to your recent inquiry, our records indicate the loan was referred for foreclosure action on April 10, 2007. A forbearance agreement was established on the account on July 1, 2010 with a down payment being due on July 15, 2010, in the amount of $3,350.00. This payment was applied to the loan on July 14, 2010, as required. The loan was removed from foreclosure due to the active forbearance agreement.

We appreciate having had the opportunity to be of service to you. If you require additional assistance, please call our Customer Service Department, toll-free at 877-867-7378, Monday through Friday, between 5:00 a.m. and 5:30 p.m., Pacific Time.

Sincerely,

Account Research Specialist
VISSM

HomEq is a debt collector attempting to collect a debt and any information obtained will be used for that purpose. If this account is subject to a pending bankruptcy proceeding or if you have received a bankruptcy discharge for this account, this communication is for informational purposes only and is not an attempt to collect a debt.

2. **Forbearance Agreement**. Beginning on 14-OCT-09 Borrower shall begin making forbearance payments. Borrower's current monthly payment, including escrow if applicable is $642.37. In addition to the regularly scheduled monthly payments, Borrower shall pay the arrears described above as follows:

$ 1500 initial payment must be received and posted by 14-SEP-09

**AMOUNT AND DATE PAYMENT MUST BE RECEIVED:**

| Due Date | Combined Monthly Payment |
|---|---|
| 14-OCT-09 | $986.45 |
| 14-NOV-09 | $986.45 |
| 14-DEC-09 | $986.45 |
| 14-JAN-10 | $986.45 |
| 14-FEB-10 | $986.45 |
| 14-MAR-10 | $986.45 |
| 14-APR-10 | $986.45 |
| 14-MAY-10 | $986.45 |
| 14-JUN-10 | $986.45 |

3. **Foreclosure Suspension**. The parties agree that for the term of this Agreement, foreclosure proceedings shall be held in abeyance so long as Borrower makes all payments required under this Agreement. The foreclosure will not be cancelled until the successful completion of the terms of this Agreement. Nothing in this paragraph shall prevent HomEq from taking any and all action necessary to maintain the status of the foreclosure action in its present state or to advance the action to prevent its dismissal. Upon posting of the last payment under this Agreement and its clearance as "good funds," HomEq will discontinue the pending foreclosure.

4. **No Further Demand/Notice**. HomEq has the right to post the Property for foreclosure without the necessity of mailing another demand/notice of intent to accelerate and to take all steps necessary for foreclosure in the event Borrower defaults under the terms of this Agreement. After the term of this Agreement has ended, HomEq may foreclose if Borrower has failed to either bring the Loan current or pay the Loan in full. Borrower hereby waives the statute of limitations associated with the acceleration of the Loan. If Borrower fully complies with the terms of the Agreement, the indebtedness will be reinstated as current.

5. **Timely Payment**. In the event any of the payments required hereunder are not received and posted by the date they are due, Borrower shall be in default under this Agreement and HomEq shall be entitled to proceed with foreclosure.

6. **Additional Fees/Increases to Escrow**. Additional foreclosure fees for Property inspections and broker price opinions may be incurred during the term of this Agreement. Borrower will be responsible for paying any such fees incurred. In addition, Borrower's escrow account may be reanalyzed one or more times during the term of this Agreement. Such reanalysis of the escrow account may require an increase of amounts be held in escrow and result in an increase in Borrower's monthly payment amount.

7. **Superior Liens**. Borrower is responsible for immediately paying any and all outstanding amounts, claims or liens against the Property which are or may become a lien superior to the interest of HomEq during the term of this Agreement. If HomEq has already paid any delinquent amounts, claims or liens, such amounts, claims or liens will be included in this Agreement. If HomEq is required to pay such amounts, Borrower will be deemed in default under this Agreement. If HomEq receives notice of any pending sale resulting from such amounts, claims or liens during the term of this Agreement, a material default will be deemed to have occurred and HomEq may proceed with foreclosure without further notice to Borrower.

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed January 08, 2013**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 10-45329-RFN-13** |
| | § | |
| **AMELIA MERCEDES PENZO** | § | **Chapter 13** |
| | § | |
| | § | |
| **Debtor** | § | |
| | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

CAME ON FOR CONSIDERATION, before the Court the Motion to Withdraw As Attorney of Record, and the Court having reviewed the Motion and having considered the premise contained therein, the relief sought in the Motion is GRANTED.

ORDERED, ADJUDGED, and DECREED, that the Lee law Firm, PLLC and Christopher M. Lee are no longer the attorney of record for the Debtor.

IT IS FURTHER ORDERED, that neither the Lee Law Firm PLLC nor Christopher M. Lee shall have any further duties nor obligations in the above styled matter.

### END OF ORDER###

January 10, 2013

From: United States Bankruptcy Court, Northern District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Amelia Mercedes Penzo, Case Number 10-45329, rfn

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** JPMorgan Chase Bank, N.A. - Chase Home Finance LLC
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

---

Signature of Debtor or Debtor's Attorney ________ Date ________

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

OCWEN

www.ocwen.com

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

2AT 01904/115987/002046 0420 2 ACQAXA

AMELIA PENZO
1301 MONTCLAIR ST
ARLINGTON TX 76015-1420

**Account Number:** 0707273629
**Account Statement Date:** 05/17/2013
**Property Address:**
1301 Montclair Street
Arlington TX 76015-2416

DELQ

Page 2

## Special Notices

Reduce your financial burden when your home is impacted by a disaster or you involuntarily lose your job. Let First Protector pay your mortgage for you. Visit www.OcwenFirstProtector.com or call **1-877-479-3947**, 8am-8pm E.T. for more information.

## Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

OCWEN

www.ocwen.com

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

2AT 01904/115987/002045 0420 2 ACQAXA

AMELIA PENZO
1301 MONTCLAIR ST
ARLINGTON TX 76015-1420

**Account Number:** 0707273629
**Account Statement Date:** 05/17/2013
**Property Address:**
1301 Montclair Street
Arlington TX 76015-2416

DELQ

Page 1

## Special Notices

Reduce your financial burden when your home is impacted by a disaster or you involuntarily lose your job. Let First Protector pay your mortgage for you. Visit www.OcwenFirstProtector.com or call **1-877-479-3947**, 8am-8pm E.T. for more information.

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 43,577.54 |
| Interest Rate: | 8.40000% |
| Next Payment Due Date: | 08/01/2012 |
| Escrow Advance Balance: | 3,148.04- |
| Current Suspense Balance: | 261.19 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 43,464.84 |
| Beginning Escrow Balance: | 2,876.68- |
| Recently Assessed Amounts: | |
| 04/26/13 Deed of Trust Recording: | 300.00 |
| 05/08/13 Property Valuation Expense: | 109.00 |
| 05/09/13 Property Inspection Fee: | 10.50 |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Principal: | 60.62 |
| Interest: | 300.96 |
| Escrow: | 135.68 |
| Less:Partial Payment Amount: | 261.19- |
| Current Amount Due by 06/01/13: | 236.07 |
| Past Due Amount: | |
| Principal: | 583.53 |
| Interest: | 3,032.29 |
| Escrow: | 1,356.80 |
| Past Due Amounts DUE IMMEDIATELY: | 4,972.62 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 54.24 |
| Prev-Returned Check Fee: | 175.00 |
| Prev-Transaction History Fee: | 5.00 |
| Prev-Bankruptcy Expense: | 150.00 |
| Prev-Certified Mail Cost: | 39.18 |
| Prev-Deed of Trust Recording: | 300.00 |
| Prev-Defensive Litigation Fees: | 150.00 |
| Prev-Motion for Relief: | 625.00 |
| Prev-Motion For Relief Filing Costs: | 150.00 |
| Prev-Notice of Default: | 50.00 |
| Curr-Property Inspection Fee: | 10.50 |
| Prev-Property Inspection Fee: | 21.00 |
| Curr-Property Valuation Expense: | 109.00 |
| Prev-Property Valuation Expense: | 109.00 |
| Prev-Review of Plan/Notice of Appearance: | 150.00 |
| Prev-Title Report Fee: | 300.00 |
| Total Fees/Expense Outstanding: | 2,397.92 |
| **Total Amount Due:** | **7,606.61** |

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/13 | Suspense Transfer | | | | | | | 150.00- | 150.00- |
| 05/02/13 | Suspense Transfer | | | | | | | 150.00 | 150.00 |
| 05/09/13 | Waived | | | | | | | | 5.00 |
| 05/09/13 | Transaction History | | | | | | 5.00 | | |

FOLD AND DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

FOLD AND DETACH HERE

115987/002045 ACQAXA S1-ET-M1-C017 I 6

011091079838 000000000000000000000018085 000000707273629 50 007606616